TOWN OF WADESBORO, A MUNICIPALITY v. JAMES E. HOLS-
HOUSER, AS GOVERNOR OF NORTH CAROLINA AND INDI-
VIDUALLY; DAVID R. JONES, AS SECRETARY OF THE
DEPARTMENT OF SOCIAL REHABILITATION AND CONTROL
AND INDIVIDUALLY; BERNIE SELLERS, AS DIRECTOR OF
THE PROBATION DEPARTMENT AND INDIVIDUALLY;
CHARLES HESTER, AS DISTRICT DIRECTOR OF THE PRO-
BATION DEPARTMENT AND INDIVIDUALLY

No. 7420SC307

(Filed 5 June 1974)

**Appeal and Error § 9— repeal of statute — moot case**

Appeal is dismissed as moot where the statutory basis for plain-
tiff's case has been repealed.

APPEAL by plaintiff from *Armstrong, Judge,* 13 November
1973 Civil Session of Superior Court held in ANSON County.

Plaintiff municipality filed this action on 23 October 1973
seeking to enjoin defendants from closing the district headquar-
ters office of the State Probation Commission in the Town of
Wadesboro and seeking a mandatory order requiring defendants
to proceed with the building of a headquarters building in said
Town, funds for which had been appropriated by Sec. 4 of Chap-
ter 523 of the 1973 Session Laws. Defendants filed motion to dis-
miss under Rule 12 or for summary judgment under Rule 56,
stating as grounds that the court lacked jurisdiction both over
the subject matter and over the person, that the complaint
failed to state a claim upon which relief can be granted, and
that the doctrine of sovereign immunity barred the action.

The trial court allowed the motion, finding this action to
be one against the State for which the State had not waived
its immunity, that the complaint failed to state a claim upon
which the relief prayed for can be granted, and that in any
event the plaintiff Town lacked standing to maintain such a suit.
From the judgment dismissing the action, plaintiff appealed.

*Henry T. Drake for plaintiff appellant.*

*Attorney General Robert Morgan by Assistant Attorney
General John R. B. Matthis for defendants.*

PARKER, Judge.

We find it unnecessary to pass upon the questions which
plaintiff seeks to present by this appeal. Plaintiff's case is

predicated entirely upon a capital improvement appropriation of $200,000.00 made by Chapter 523 of the 1973 Session Laws for a Probation Commission "Headquarters Building—Wadesboro." By Chapter 1412 of the 1973 Session Laws (2nd Session, 1974), which was ratified and effective 12 April 1974, the Legislature found that "the operation of a Probation Commission Office in Wadesboro is no longer required," and amended Chapter 523 of the 1973 Session Laws by transferring the $200,000.00 appropriation to another purpose. The statutory basis for plaintiff's case having been repealed, we find this appeal moot and it is

Dismissed.

Judges VAUGHN and CARSON concur.